IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VICE, | 2:08-cv-00116-GEB-GGH |
| Plaintiff, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| ANGIE TRITZ, in her individual, official and/or agency capacity; ESKATON VILLAGE RETIREMENT HOME, business entity form unknown, | |
| Defendants. | |

On August 15, 2008, Defendants filed a Notice of Settlement in which they state "[t]he above-entitled matter has been settled [and that] [d]isposition documents are being prepared." Therefore, a dispositional document shall be filed no later than September 4, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: August 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1